UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60289-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

          Plaintiff,

v.

TORY CHESTER,

          Defendant.

_____/



## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant Tory Chester, hereinafter referred to as "defendant"):

    1.    On December 11, 2007, a federal grand jury returned an Indictment charging that Tory Chester, (hereinafter referred to as "defendant"), in two (2) counts relevant to this motion; in **Count 4** that the defendant did knowingly use and carry a firearm, that is a Smith & Wesson 9 mm pistol bearing serial number PDP9917, during and in relation to a crime of violence, that is a violation of Title 18, United States Code, Section 1951(a), and during and in relation to a drug trafficking crime, that is, a violation of Title 21, United States Code, Section 846, which are felonies prosecutable in a court of the United States, and did possess said firearm in furtherance of such crimes; all in violation of Title 18, United States Code, Sections 924(c)(1) and 2; and in **Count 6** that the defendant, having previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, that is, a Smith & Wesson, model SW9VE, 9 mm caliber semi-automatic pistol bearing serial number PDP9917, ten (10) rounds of Remington Peters 9 mm ammunition, four (4) rounds of Winchester 9 mm ammunition, one (1) round of PMC 9 mm ammunition and one (1) round of Federal 9 mm ammunition, any one of which being a violation; in violation of Title 18, United States Code, Section 922(g)(1).

2. The Indictment further sought the forfeiture of the defendant's interest in certain property pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1) and Title 21, United States Code, Section 853, those assets including:

    a. Smith & Wesson, model SW9VE, 9 mm caliber semi-automatic Pistol bearing serial number PDP9917;

    b. Ten (10) rounds of Remington Peters 9 mm ammunition;

    c. Four (4) rounds of Winchester 9 mm ammunition;

    d. One (1) round of PMC 9 mm ammunition; and

    e. One (1) round of Federal 9 mm ammunition.

3. On February 29, 2008, defendant Tory Chester, relevant to this motion, entered a plea of guilty to Counts 4 and 6 of the Indictment, in violation of Title 18, United States Code, Section 1951(a), Title 21, United States Code, Section 846, Title 18, United States Code, Section 924(c)(1)and 2, and Title 18, United States Code, Section 922(g)(1).

Therefore, in consideration of the defendant's guilty plea to the indictment and to his agreement to forfeiture, upon motion of the United States and for good cause shown thereby, it is hereby

**ORDERED and ADJUDGED** that:

1. All right, title and interest of defendant Tory Chester in the following property is hereby forfeited to the United States of America pursuant Title 18, United States Code, Section 924(d)(1):

   a. Smith & Wesson, model SW9VE, 9 mm caliber semi-automatic Pistol bearing serial number PDP9917;

   b. Ten (10) rounds of Remington Peters 9 mm ammunition;

   c. Four (4) rounds of Winchester 9 mm ammunition;

   d. One (1) round of PMC 9 mm ammunition; and

   e. One (1) round of Federal 9 mm ammunition.

2. The United States Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853(g)[1].

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the

---

[1] The procedures set forth in 21 U.S.C. § 853 are incorporated by 28 U.S.C. § 2461 (as amended on March 9, 2006).

petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), the United States Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida this __7__ day of May, 2008.

HONORABLE DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   AUSA Roger W. Powell, (2 certified copies)